IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RICKY SCHOENEWEIS,       )<br>                          )<br>   Plaintiff,            )<br>                          )<br>   v.                     )         No.  06-3141<br>                          )<br>MICHAEL J. ASTRUE,        )<br>Commissioner of Social Security, )<br>                          )<br>   Defendant.             ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Plaintiff Ricky Schoeneweis' Motion for Attorney's Fees Under the Equal Access to Justice Act (d/e 19). Schoeneweis brought this action to challenge the denial of his application for disability benefits.  The Court entered Judgment reversing Defendant Commissioner's Decision and remanding the matter for further administrative proceedings.  The Commissioner agrees that Schoeneweis should be entitled to an award of attorney's fees under the Equal Access to Justice Act (Act).  28 U.S.C. § 2412(d)(2)(B).  The Commissioner, however, argues that the request for fees is excessive.

1

The Court has reviewed the request and agrees with the Commissioner that it is excessive in some respects. Specifically, on July 15, 2006, Schoeneweis' attorney billed five hours of attorney time to drive the Complaint (d/e 3) and Motion to Proceed In Forma Pauperis (IFP Motion) (d/e 1) to the Clerk's office for filing. This was unnecessary. Attorneys can file electronically with this Court. The Complaint and IFP Motion could also have been mailed to the Clerk for filing. At a minimum, a courier could have delivered the documents at far less cost. There was no reason to charge five hours of attorney time to perform this task. The Court will disallow this part of the fee request.

The Commissioner also objects to the two hours billed to prepare the Complaint and related forms. The Complaint in this case was a preprinted form in which the attorney filled in Schoeneweis' name and place of residence by hand. The Court agrees with the Commissioner that this could not have taken two hours. The Court will disallow the two hours claimed for these services.[1]

---

[1] The particular billing entry also refers to preparing related forms. This statement is ambiguous. The attorney may be referring to preparation of the IFP Motion and the civil cover sheet. The Court cannot tell. The billing records should clearly set forth the work performed in order to provide support for a fee request.

The Court, therefore, will grant the Motion, but reduce the allowed hours of attorney time by seven hours, from 21.5 hours to 14.5 hours. The Commissioner does not dispute the attorney's billing rate of $125.00 per hour, and the Court finds that the rate is reasonable. The Court, therefore, will award fees in the sum of $1,812.50.

THEREFORE, Plaintiff Ricky Schoeneweis' Motion for Attorney's Fees Under the Equal Access to Justice Act (d/e 19) is ALLOWED in part. The Court awards Ricky Schoeneweis attorney fees in sum of $1,812.50, plus $350.00 in costs for the filing fee, for a total of $2,162.50. The Clerk is directed to amend the Judgment to award Ricky Schoeneweis the sum of $2,162.50, consisting of $1,812.50 in attorney fees, plus $350.00 in costs.

IT IS THEREFORE SO ORDERED.

ENTER: November 2, 2007

FOR THE COURT:

                                                s/ Jeanne E. Scott
                                                JEANNE E. SCOTT
                                      UNITED STATES DISTRICT JUDGE